# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Reshaad Reed                                   CHAPTER 7

                 Debtor(s)

                                         BKY. NO. 25-20998 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                            Respectfully submitted,

                            */s/ Denise Carlon*

                            Denise Carlon, Esq. (317226)
                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106
                            412-430-3594
                            bkgroup@kmllawgroup.com