# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Reshaad Reed** _____  Case No.  **25-20998**
                               Debtor(s)                       Chapter   **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Reshaad Reed**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [ ] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

- [x] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  **May 5, 2025**          Signature  **/s/ Reshaad Reed**
                                          **Reshaad Reed**
                                          Debtor

## DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| 1. Pay Period End | 04/05/25 |
| --- | --- |
| 2. Pay Date | 04/11/25 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| REED RESHAAD J | GS 05 02 | 21.58 | 32.37 | 45040.00   0.00   45040.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-5881 | 21.03 | N | 07/30/19 | 240 | 01/10/26 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
| --- | --- | --- |
| JPMORGAN CHASE BANK, NA | WELLS FARGO BANK, NA | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | Y | 0 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS:   3152.48 | |
| PA | S | 0 | 0 | 421690 | S | 0 | 0 | MONROEVILL BORO | | |

| 21. | Current | Year to Date | 22. | | |
| --- | --- | --- | --- | --- | --- |
| GROSS PAY | 1478.23 | 13012.17 | TSP DATA | | 5% |
| TAXABLE WAGES | 1320.12 | 11707.50 | | | |
| NONTAXABLE WAGES | 84.20 | 662.58 | | | |
| TAX DEFERRED WAGES | 73.91 | 642.09 | | | |
| DEDUCTIONS | 558.89 | 4576.61 | | | |
| AEIC | | | | | |
| NET PAY | 919.34 | 8435.56 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 68.50 | 1478.23 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLOTMENT, SV | (1) | 25.00 | 75.00 | FEGLI | C0 | 7.68 | 61.12 |
| FEHB | 481 | 84.20 | 662.58 | MEDICARE | | 20.21 | 179.07 |
| OASDI | | 86.43 | 765.67 | ORG/UNION | VBUD | 21.00 | 168.00 |
| RETIRE, FERS | KF | 65.04 | 565.02 | TAX, FEDERAL | | | |
| TAX, LST | 422079 | 2.00 | 16.00 | TAX, LOCAL | 421690 | 20.91 | 185.24 |
| TAX, STATE | PA | 42.80 | 379.14 | TSP LOANS | 016001G | 109.71 | 877.68 |
| TSP SAVINGS | | 73.91 | 642.09 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 0.50 | 6.00 | 36.00 | 8.00 | 36.50 | | | |
| SICK | 1.50 | 4.00 | 24.00 | 4.00 | 25.50 | | | |
| HOLIDAY | | | | | 16.00 | | | |
| LWOP | | | | 11.50 | 42.25 | | | |
| FMLA SELF | 480.00 | | | | 16.00 | | 464.00 | 03/02/26 |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 3.84 | 30.56 | FEHB | 252.60 | 1987.76 |
| MEDICARE | 20.21 | 179.07 | OASDI | 86.43 | 765.67 |
| RETIRE, FERS | 243.91 | 2118.90 | TSP BASIC | 14.78 | 128.42 |
| TSP MATCHING | 59.13 | 513.67 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $   84.20
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

### DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| | | 1. Pay Period End 03/22/25 |
| | | 2. Pay Date 03/28/25 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| REED RESHAAD J | GS  05  02 | 21.58 | 32.37 | 45040.00   0.00   45040.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-5881 | 21.03 | N | 07/30/19 | 240 | 01/10/26 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| JPMORGAN CHASE BANK, NA | WELLS FARGO BANK, NA | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS:   3087.44 | |
| PA | S | 0 | 0 | 421690 | S | 0 | 0 | MONROEVILL BORO | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1726.40 | 11533.94 | TSP DATA | 5% |
| TAXABLE WAGES | 1555.88 | 10387.38 | | |
| NONTAXABLE WAGES | 84.20 | 578.38 | | |
| TAX DEFERRED WAGES | 86.32 | 568.18 | | |
| DEDUCTIONS | 612.55 | 4017.72 | | |
| AEIC | | | | |
| NET PAY | 1113.85 | 7516.22 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1726.40 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (1) | 25.00 | 50.00 | FEGLI | C0 | 7.68 | 53.44 |
| FEHB | 481 | 84.20 | 578.38 | MEDICARE | | 23.82 | 158.86 |
| OASDI | | 101.81 | 679.24 | ORG/UNION | VBUD | 21.00 | 147.00 |
| RETIRE, FERS | KF | 75.96 | 499.98 | TAX, FEDERAL | | | |
| TAX, LST | 422079 | 2.00 | 14.00 | TAX, LOCAL | 421690 | 24.63 | 164.33 |
| TAX, STATE | PA | 50.42 | 336.34 | TSP LOANS | 016001G | 109.71 | 767.97 |
| TSP SAVINGS | | 86.32 | 568.18 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 0.50 | 6.00 | 30.00 | 4.00 | 28.50 | | 2.00 | |
| SICK | 1.50 | 4.00 | 20.00 | 4.00 | 21.50 | | | |
| HOLIDAY | | | | | 16.00 | | | |
| LWOP | | | | | 30.75 | | | |
| FMLA SELF | 480.00 | | | | 16.00 | | 464.00 | 03/02/26 |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.84 | 26.72 | FEHB | 252.60 | 1735.16 |
| MEDICARE | 23.82 | 158.86 | OASDI | 101.81 | 679.24 |
| RETIRE, FERS | 284.86 | 1874.99 | TSP BASIC | 17.26 | 113.64 |
| TSP MATCHING | 69.06 | 454.54 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
IT IS YOUR DUTY TO COMPLY WITH FEDERAL TAX LAWS. CALL THE IRS FOR ASSISTANCE AT
1-800-829-1040 OR ACCESS THEIR WEBSITE AT WWW.IRS.GOV.
PRETAX FEHB EXCLUSION $    84.20
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | | 03/08/25 |
| 2. Pay Date | | 03/14/25 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| REED RESHAAD J | GS  05  02 | 21.58 | 32.37 | 45040.00   0.00   45040.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-5881 | 21.03 | N | 07/30/19 | 240 | 01/10/26 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| JPMORGAN CHASE BANK, NA | WELLS FARGO BANK, NA | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS:   3011.48 | |
| PA | S | 0 | 0 | 421690 | S | 0 | 0 | MONROEVILL BORO | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 1580.74 | 9807.54 | TSP DATA | | 5% |
| TAXABLE WAGES | 1417.50 | 8831.50 | | | |
| NONTAXABLE WAGES | 84.20 | 494.18 | | | |
| TAX DEFERRED WAGES | 79.04 | 481.86 | | | |
| DEDUCTIONS | 581.06 | 3405.17 | | | |
| AEIC | | | | | |
| NET PAY | 999.68 | 6402.37 | | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 73.25 | 1580.74 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | (1) | 25.00 | 25.00 | FEGLI | C0 | 7.68 | 45.76 |
| FEHB | 481 | 84.20 | 494.18 | MEDICARE | | 21.70 | 135.04 |
| OASDI | | 92.79 | 577.43 | ORG/UNION | VBUD | 21.00 | 126.00 |
| RETIRE, FERS | KF | 69.55 | 424.02 | TAX, FEDERAL | | | |
| TAX, LST | 422079 | 2.00 | 12.00 | TAX, LOCAL | 421690 | 22.45 | 139.70 |
| TAX, STATE | PA | 45.94 | 285.92 | TSP LOANS | 016001G | 109.71 | 658.26 |
| TSP SAVINGS | | 79.04 | 481.86 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 0.50 | 6.00 | 24.00 | 6.00 | 24.50 | | | |
| SICK | 1.50 | 4.00 | 16.00 | 4.00 | 17.50 | | | |
| HOLIDAY | | | | | 16.00 | | | |
| LWOP | | | | 6.75 | 30.75 | | | |
| FMLA SELF | 480.00 | | | 16.00 | 16.00 | | 464.00 | 03/02/26 |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.84 | 22.88 | FEHB | 252.60 | 1482.56 |
| MEDICARE | 21.70 | 135.04 | OASDI | 92.79 | 577.43 |
| RETIRE, FERS | 260.82 | 1590.13 | TSP BASIC | 15.81 | 96.38 |
| TSP MATCHING | 63.23 | 385.48 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
YOUR PASSWORD HAS BEEN ESTABLISHED/CHANGED FOR ACCESSING MYPAY.
IF YOU DID NOT TAKE THIS ACTION, CONTACT 1-888-332-7411 OR (216) 522-5096.
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
PRETAX FEHB EXCLUSION $    84.20
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES

VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | | 02/22/25 |
| 2. Pay Date | | 02/28/25 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| REED RESHAAD J | GS  05  02 | 21.58 | 32.37 | 45040.00   0.00   45040.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-5881 | 21.03 | N | 07/30/19 | 240 | 01/10/26 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| JPMORGAN CHASE BANK, NA | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS:   2941.93 | |
| PA | S | 0 | 0 | 421690 | S | 0 | 0 | MONROEVILL BORO | | |

| 21. | Current | Year to Date | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1424.28 | 8226.80 | TSP DATA | 5% |
| TAXABLE WAGES | 1268.87 | 7414.00 | | |
| NONTAXABLE WAGES | 84.20 | 409.98 | | |
| TAX DEFERRED WAGES | 71.21 | 402.82 | | |
| DEDUCTIONS | 522.22 | 2824.11 | | |
| AEIC | | | | |
| NET PAY | 902.06 | 5402.69 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 66.00 | 1424.28 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 7.68 | 38.08 | FEHB | 481 | 84.20 | 409.98 |
| MEDICARE | | 19.43 | 113.34 | OASDI | | 83.08 | 484.64 |
| ORG/UNION | VBUD | 21.00 | 105.00 | RETIRE, FERS | KF | 62.67 | 354.47 |
| TAX, FEDERAL | | | | TAX, LST | 422079 | 2.00 | 10.00 |
| TAX, LOCAL | 421690 | 20.10 | 117.25 | TAX, STATE | PA | 41.14 | 239.98 |
| TSP LOANS | 016001G | 109.71 | 548.55 | TSP SAVINGS | | 71.21 | 402.82 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 0.50 | 6.00 | 18.00 | 6.00 | 18.50 | | | |
| SICK | 1.50 | 4.00 | 12.00 | 4.00 | 13.50 | | | |
| HOLIDAY | | | | 8.00 | 16.00 | | | |
| LWOP | | | | 14.00 | 24.00 | | | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.84 | 19.04 | FEHB | 252.60 | 1229.96 |
| MEDICARE | 19.43 | 113.34 | OASDI | 83.08 | 484.64 |
| RETIRE, FERS | 235.01 | 1329.31 | TSP BASIC | 14.24 | 80.57 |
| TSP MATCHING | 56.97 | 322.25 | | | |

## REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    84.20
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**

# DEPARTMENT OF DEFENSE

## CIVILIAN LEAVE AND EARNINGS STATEMENT LES
VISIT THE DFAS WEB SITE AT: WWW.DFAS.MIL

| | | |
|---|---|---|
| 1. Pay Period End | 02/08/25 | |
| 2. Pay Date | 02/14/25 | |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality/Market Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| REED RESHAAD J | GS  05  02 | 21.58 | 32.37 | 45040.00   0.00   45040.00 |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-5881 | 21.03 | N | 07/30/19 | 240 | 01/10/26 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment #2 |
|---|---|---|
| JPMORGAN CHASE BANK, NA | | |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | Y | 0 | 0 | 422079 | S | 0 | 0 | PITTSBURGH C NR | FERS:   2879.26 | |
| PA | S | 0 | 0 | 421690 | S | 0 | 0 | MONROEVILL BORO | | |

| 21. | Current | Year to Date | 22. | | |
|---|---|---|---|---|---|
| GROSS PAY | 1596.92 | 6802.52 | TSP DATA | | 5% |
| TAXABLE WAGES | 1432.87 | 6145.13 | | | |
| NONTAXABLE WAGES | 84.20 | 325.78 | | | |
| TAX DEFERRED WAGES | 79.85 | 331.61 | | | |
| DEDUCTIONS | 559.55 | 2301.89 | | | |
| AEIC | | | | | |
| NET PAY | 1037.37 | 4500.63 | | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 74.00 | 1596.92 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| FEGLI | C0 | 7.68 | 30.40 | FEHB | 481 | 84.20 | 325.78 |
| MEDICARE | | 21.93 | 93.91 | OASDI | | 93.79 | 401.56 |
| ORG/UNION | VBUD | 21.00 | 84.00 | RETIRE, FERS | KF | 70.26 | 291.80 |
| TAX, FEDERAL | | | | TAX, LST | 422079 | 2.00 | 8.00 |
| TAX, LOCAL | 421690 | 22.69 | 97.15 | TAX, STATE | PA | 46.44 | 198.84 |
| TSP LOANS | 016001G | 109.71 | 438.84 | TSP SAVINGS | | 79.85 | 331.61 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 0.50 | 6.00 | 12.00 | 6.00 | 12.50 | | | |
| SICK | 1.50 | 4.00 | 8.00 | 4.00 | 9.50 | | | |
| HOLIDAY | | | | | 8.00 | | | |
| LWOP | | | | 6.00 | 10.00 | | | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 3.84 | 15.20 | FEHB | 252.60 | 977.36 |
| MEDICARE | 21.93 | 93.91 | OASDI | 93.79 | 401.56 |
| RETIRE, FERS | 263.49 | 1094.30 | TSP BASIC | 15.97 | 66.33 |
| TSP MATCHING | 63.88 | 265.28 | | | |

### REMARKS

YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $    84.20
THE BASIC OT RATE IN BOX 6 IS YOUR BASE HOURLY RATE IN BOX 5 TIMES 1.5; HOWEVER, YOUR
ACTUAL OT RATE FOR ANY GIVEN DAY CAN BE AFFECTED BY SHIFT OR OTHER PREMIUM PAY

**THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED**