| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Reshaad Reed<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5881<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: 7   4/18/25 |
| Case number: | 25–20998–GLT | |

<u>Official Form 309A (For Individuals or Joint Debtors)</u>

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Reshaad Reed | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 159 Westminster Drive<br>Monroeville, PA 15146 | |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235 | Contact phone 412–235–1721<br>Email: ecf@westernpabankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Crystal H. Thornton–Illar<br>LEECHTISHMAN<br>525 William Penn Place<br>28th Floor<br>Pittsburgh, PA 15219 | Contact phone 412–261–1600<br>Email: cthornton–Illar@leechtishman.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 5/12/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 30, 2025 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 451 616 4812, and Passcode 6001318900, call 1–412–239–8484**<br><br>For additional information, go to: https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/29/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 25-20998-GLT
Reshaad Reed  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: May 12, 2025  Form ID: 309A  Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reshaad Reed, 159 Westminster Drive, Monroeville, PA 15146-4915 |
| aty | + | Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16533067 | | T-mobile, 3625 32nd Avenue SE, Bellevue, WA 98006 |
| 16524402 | + | UPMC Physcian Services, PO Box 371980, Pittsburgh, PA 15259-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kebeck@bernsteinlaw.com | May 12 2025 23:51:49 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| aty | | Email/Text: ecf@westernpabankruptcy.com | May 12 2025 23:50:00 | Lawrence Willis, Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh, PA 15235 |
| tr | + | EDI: BCHTHORNTONILLR | May 13 2025 03:46:00 | Crystal H. Thornton-Illar, LEECHTISHMAN, 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219-1728 |
| smg | | EDI: PENNDEPTREV | May 13 2025 03:46:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | May 12 2025 23:51:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | May 12 2025 23:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16524385 | + | EDI: ATTWIREBK.COM | May 13 2025 03:46:00 | AT&T, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 16524383 | + | Email/Text: bankruptcy@acacceptance.com | May 12 2025 23:51:00 | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2149 |
| 16524384 | + | EDI: AIS.COM | May 13 2025 03:46:00 | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 16524387 | + | Email/Text: bankruptcy@bsifinancial.com | May 12 2025 23:51:00 | BSI Financial Srvs, Attn: Bankruptcy, 4200 Regent Blvd. Ste B200, Irving, TX 75063-2240 |
| 16524386 | + | Email/PDF: bncnotices@becket-lee.com | May 12 2025 23:58:19 | Becket & Lee, POB 3001, Malvern, PA 19355-0701 |
| 16524388 | + | EDI: COMCASTCBLCENT | May 13 2025 03:46:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 16524389 | + | Email/Text: bankruptcynotices@current.com | May 12 2025 23:51:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, |

Case 25-20998-GLT   Doc 17   Filed 05/14/25   Entered 05/15/25 00:31:00   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2025 | Form ID: 309A | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | New York, NY 10013-3624 |
| 16524390 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 12 2025 23:51:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16524391 | ^ | MEBN | May 12 2025 23:46:48 | Diversified Adjustment Services, Inc, Attn: Bankrupcty, Po Box 32145, Fridley, MN 55432-0145 |
| 16524392 | + | Email/Text: documents@socascades.com | May 12 2025 23:50:00 | Driveway Finance Corp, Attn: Bankruptcy, 150 N. Bartlett St., Medford, OR 97501-6015 |
| 16524393 | + | Email/Text: SAABankruptcy@fcbanking.com | May 12 2025 23:51:00 | First Commonwealth, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 16524394 | + | EDI: AMINFOFP.COM | May 13 2025 03:46:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16524395 | | EDI: JEFFERSONCAP.COM | May 13 2025 03:46:00 | Jefferson Capital Syst, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 16524396 | + | Email/Text: bknotification@loandepot.com | May 12 2025 23:52:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 16524397 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2025 23:58:03 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16524398 | + | Email/PDF: bankruptcy_prod@navient.com | May 12 2025 23:58:11 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 16533064 | + | EDI: PENNDEPTREV | May 13 2025 03:46:00 | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 16525900 | | EDI: PENNDEPTREV | May 13 2025 03:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16533065 | + | Email/Text: ecfbankruptcy@progleasing.com | May 12 2025 23:51:00 | Progressive Leasing, 256 Data Drive, Draper, UT 84020-2315 |
| 16524399 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2025 23:57:46 | Resurgent Receiveables, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16524400 | + | Email/Text: bankruptcy@huntington.com | May 12 2025 23:51:00 | The Huntington National Bank, P O Box 89424, Cleveland, OH 44101-6424 |
| 16533069 | | Email/Text: bankruptcies@uplift.com | May 12 2025 23:50:00 | Uplift Inc, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 16524401 | + | Email/Text: BNCnotices@dcmservices.com | May 12 2025 23:51:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16524403 | | Email/Text: bk@veritasrental.com | May 12 2025 23:51:00 | Veritas Instrument Rental, 12475 44th Street N., Clearwater, FL 33762 |
| 16533073 | + | EDI: VERIZONCOMB.COM | May 13 2025 03:46:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 16533050 | *+ | AT&T, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 16533048 | *+ | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2149 |
| 16533049 | *+ | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 16533052 | *+ | BSI Financial Srvs, Attn: Bankruptcy, 4200 Regent Blvd. Ste B200, Irving, TX 75063-2240 |
| 16533051 | *+ | Becket & Lee, POB 3001, Malvern, PA 19355-0701 |

| | | |
|---|---|---|
| 16533053 | *+ | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 16533054 | *+ | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 16533055 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16533056 | *+ | Diversified Adjustment Services, Inc, Attn: Bankrupcty, Po Box 32145, Fridley, MN 55432-0145 |
| 16533057 | *+ | Driveway Finance Corp, Attn: Bankruptcy, 150 N. Bartlett St., Medford, OR 97501-6015 |
| 16533058 | *+ | First Commonwealth, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 16533059 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16533060 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 16533061 | *+ | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 16533062 | * | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16533063 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 16533066 | *+ | Resurgent Receiveables, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16533068 | *+ | The Huntington National Bank, P O Box 89424, Cleveland, OH 44101-6424 |
| 16533070 | *+ | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16533071 | *+ | UPMC Physcian Services, PO Box 371980, Pittsburgh, PA 15259-0001 |
| 16533072 | *P++ | VERITAS INSTRUMENT RENTAL, PO BOX 950, PINELLAS PARK FL 33780-0950, address filed with court:, Veritas Instrument Rental, 12475 44th Street N., Clearwater, FL 33762 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2025                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| Denise Carlon | on behalf of Creditor LOANDEPOT.COM  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence Willis | on behalf of Debtor Reshaad Reed ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5