Certificate Number: 05781-PAW-DE-039968853

Bankruptcy Case Number: 25-20998



05781-PAW-DE-039968853

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2025, at 5:52 o'clock PM PDT, Reshaad Reed completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 11, 2025              By:     /s/Allison M Geving

                                     Name:   Allison M Geving

                                     Title:  President