**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Reshaad Reed**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5881<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 25–20998–GLT | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Reshaad Reed

9/3/25

**By the court:**   Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Reshaad Reed  
    Debtor

Case No. 25-20998-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 3  
Date Rcvd: Sep 03, 2025     Form ID: 318     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reshaad Reed, 159 Westminster Drive, Monroeville, PA 15146-4915 |
| 16533067 | | T-mobile, 3625 32nd Avenue SE, Bellevue, WA 98006 |
| 16524402 | + | UPMC Physcian Services, PO Box 371980, Pittsburgh, PA 15259-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 04 2025 04:06:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Sep 04 2025 00:09:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16524385 | + | EDI: ATTWIREBK.COM | Sep 04 2025 04:06:00 | AT&T, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 16524383 | + | Email/Text: bankruptcy@acacceptance.com | Sep 04 2025 00:09:00 | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2149 |
| 16524384 | + | EDI: AIS.COM | Sep 04 2025 04:06:00 | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 16524387 | + | Email/Text: bankruptcy@bsifinancial.com | Sep 04 2025 00:09:00 | BSI Financial Srvs, Attn: Bankruptcy, 4200 Regent Blvd. Ste B200, Irving, TX 75063-2240 |
| 16524386 | + | Email/PDF: bncnotices@becket-lee.com | Sep 04 2025 00:31:55 | Becket & Lee, POB 3001, Malvern, PA 19355-0701 |
| 16524388 | + | EDI: COMCASTCBLCENT | Sep 04 2025 04:06:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 16524389 | + | Email/Text: bankruptcynotices@current.com | Sep 04 2025 00:09:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 16524390 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 04 2025 00:10:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16524391 | ^ | MEBN | Sep 04 2025 00:03:03 | Diversified Adjustment Services, Inc, Attn: Bankrupcty, Po Box 32145, Fridley, MN 55432-0145 |
| 16524392 | + | Email/Text: documents@socascades.com | Sep 04 2025 00:09:00 | Driveway Finance Corp, Attn: Bankruptcy, 150 N. Bartlett St., Medford, OR 97501-6015 |
| 16524393 | + | Email/Text: SAABankruptcy@fcbanking.com | Sep 04 2025 00:09:00 | First Commonwealth, 601 Philadelphia Street, Indiana, PA 15701-3952 |

Case 25-20998-GLT    Doc 22    Filed 09/05/25    Entered 09/06/25 00:36:49    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 03, 2025 | Form ID: 318 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 16524394 | + | EDI: AMINFOFP.COM | Sep 04 2025 04:06:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16524395 | | EDI: JEFFERSONCAP.COM | Sep 04 2025 04:06:00 | Jefferson Capital Syst, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 16524396 | + | Email/Text: bknotification@loandepot.com | Sep 04 2025 00:10:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 16524397 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2025 00:19:51 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16524398 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 04 2025 00:20:09 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 16533064 | + | EDI: PENNDEPTREV | Sep 04 2025 04:06:00 | PA Department Of Revenue, Bankruptcy Division, PO Box 788, Harrisburg, PA 17128-0001 |
| 16525900 | | EDI: PENNDEPTREV | Sep 04 2025 04:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16533065 | + | Email/Text: ecfbankruptcy@progleasing.com | Sep 04 2025 00:10:00 | Progressive Leasing, 256 Data Drive, Draper, UT 84020-2315 |
| 16524399 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 04 2025 00:20:51 | Resurgent Receiveables, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16524400 | + | Email/Text: bankruptcy@huntington.com | Sep 04 2025 00:09:00 | The Huntington National Bank, P O Box 89424, Cleveland, OH 44101-6424 |
| 16533069 | | Email/Text: bankruptcies@uplift.com | Sep 04 2025 00:09:00 | Uplift Inc, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 16524401 | + | Email/Text: BNCnotices@dcmservices.com | Sep 04 2025 00:09:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16524403 | | Email/Text: bk@veritasrental.com | Sep 04 2025 00:09:00 | Veritas Instrument Rental, 12475 44th Street N., Clearwater, FL 33762 |
| 16533073 | + | EDI: VERIZONCOMB.COM | Sep 04 2025 04:06:00 | Verizon, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 16533050 | *+ | AT&T, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 16533048 | *+ | American Credit Acceptance, 961 E. Main Street, Spartanburg, SC 29302-2149 |
| 16533049 | *+ | American Infosource, PO Box 268941, Oklahoma City, OK 73126-8941 |
| 16533052 | *+ | BSI Financial Srvs, Attn: Bankruptcy, 4200 Regent Blvd. Ste B200, Irving, TX 75063-2240 |
| 16533051 | *+ | Becket & Lee, POB 3001, Malvern, PA 19355-0701 |
| 16533053 | *+ | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 16533054 | *+ | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 16533055 | *+ | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16533056 | *+ | Diversified Adjustment Services, Inc, Attn: Bankrupcty, Po Box 32145, Fridley, MN 55432-0145 |
| 16533057 | *+ | Driveway Finance Corp, Attn: Bankruptcy, 150 N. Bartlett St., Medford, OR 97501-6015 |
| 16533058 | *+ | First Commonwealth, 601 Philadelphia Street, Indiana, PA 15701-3952 |
| 16533059 | *+ | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 16533060 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Syst, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 16533061 | *+ | LoanDepot, Attn: Bankruptcy, 26642 Towne Center, Foothill Ranch, CA 92610-2808 |
| 16533062 | * | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 16533063 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |

Case 25-20998-GLT    Doc 22    Filed 09/05/25    Entered 09/06/25 00:36:49    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 03, 2025 | Form ID: 318 | Total Noticed: 30 |

| | | |
|---|---|---|
| 16533066 | *+ | Resurgent Receiveables, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16533068 | *+ | The Huntington National Bank, P O Box 89424, Cleveland, OH 44101-6424 |
| 16533070 | *+ | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 16533071 | *+ | UPMC Physcian Services, PO Box 371980, Pittsburgh, PA 15259-0001 |
| 16533072 | *P++ | VERITAS INSTRUMENT RENTAL, PO BOX 950, PINELLAS PARK FL 33780-0950, address filed with court:, Veritas Instrument Rental, 12475 44th Street N., Clearwater, FL 33762 |

TOTAL: 1 Undeliverable, 22 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| Denise Carlon | on behalf of Creditor LOANDEPOT.COM LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lawrence Willis | on behalf of Debtor Reshaad Reed ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5